*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

**DISTRICT OF COLUMBIA COURT OF APPEALS**

No. 19-BS-531

IN RE MONIQUE D. PRESSLEY
A Member of the Bar of the
District of Columbia Court of Appeals
**Bar Registration No.**: 464432

FILED 8/22/2019
District of Columbia
Court of Appeals

*Julio Castillo*

Julio Castillo
Clerk of Court

**BDN**: 18-BD-25 *et al*
**DDN**: 265-15 *et al*

**O R D E R**[1]

Upon consideration of the petition of the Board on Professional pursuant to to D.C. Bar R. XI § 13(c) to suspend respondent indefinitely based on disability, and the accompanying motion for leave to file under seal, and respondent having interposed no objection thereto, it is hereby

ORDERED that the motion for leave to file under seal is granted. It is

FURTHER ORDERED that respondent is indefinitely suspended from the practice of law in the District of Colombia, effective immediately, and any pending matters be held in abeyance pursuant to D.C. Bar Rule XI, § 13(c) until further order of the court. It is

FURTHER ORDERED that respondent's reinstatement to the District of Columbia Bar shall be in accordance with the provisions of D.C. Bar R. XI, § 13(g). It is

FURTHER ORDERED that respondent's attention is drawn to the requirement of D.C. Bar R. XI, §§ 14 and 16, relating to suspended attorneys. It is

---

[1] This order corrects the style of the previous suspension order *nunc pro tunc to* August 12, 2019.

19-BS-531

FURTHER ORDERED that respondent shall file an affidavit in compliance with D.C. Bar R. XI, §14(g) with the Court and the Board and shall serve a copy of the affidavit on Disciplinary Counsel.

BY THE COURT:

*Stephen H. Glickman*
Acting Judge

ANNA BLACKBURNÉ-RIGSBY
Chief Judge

Copies to:

Monique D. Pressley
10403 Democracy Lane
Potomac, Maryland 20854

Copies e-Served to:

Robert C. Berinus, Esquire
Chair, Board on Professional Responsibility

James T. Phalen, Esquire
Executive Attorney
Board on Professional Responsibility

Hamilton P. Fox, III, Esquire
Disciplinary Counsel

Hendrick R. deBoer, Esquire
Deputy Disciplinary Counsel

oio